# Weatherly Area School District
## REGISTRATION FORM (Please Print)

Copy to: ___ Child Accounting
___ Guidance Counselor
___ Nurse
___ Transportation
___ Special Ed (if appl.)

**FOR OFFICE USE ONLY:**

| Building | 20 | Grade | 7 | Homeroom | R-A |
|---|---|---|---|---|---|
| Entry Date | 5-22-12 | Day # | 171 | Entry Code | R-4 |
| Student ID | 3754 | | | Out of District Placement | |
| PASecureID | | | | Homeless | |

| Bus # | Stop # | Run# | Pick Up Time |
|---|---|---|---|
| | | | |

| Birthdate Verification: | BC ✓ | Bapt. | Hosp. Registration | Verified by: |
|---|---|---|---|---|

Date Completed  5-16-12

Student Name  R.                     S
                Last           First           Middle

Student Date of Birth _____

Student Address  320 Yeakle St  Weatherly PA

Mailing Address (if different) _____

Home Phone ( ) _____          Cell _____

Student Resides With  Parents          Relationship  Mom & Dad

Please provide the following for federal and state reporting regulations:

1) City of Birth  Kingston          2) State of Birth  PA

3) Country of Birth  US          4) SS Number _____

5) Grade 9 Entry Date _____          6) US Entry Date _____

7) Date First attend K-12 in PA _____          8) Date First attend K-12 in WASD _____

9) ELL _____

Sex (Check One): Male _____  Female _____

For state and federal reporting requirements, use the following definitions:

Select Primary Ethnicity (Choose One): ☐ Hispanic/Latino (any race)
☒ Non-Hispanic/Latino (any race)

Race (Choose one or more, regardless of ethnicity): ☐ Amer Ind/Alaska Native  ☐ Asian  ☐ Pacific Islander
☒ Caucasian/White  ☐ Black/African American

WASD Registration 03/14/2012

Exhibit A

**PARENT EMERGENCY INFORMATION**

**Father** _____

Address    Last 320  Yeckle  St    First Weatherly  PA    Middle _____

Home Phone _____    Cell _____    Work Phone _____

**Mother** _____

Address    Last 320  Yeakle  St.  First  Weatherly  Middle  PA    Maiden _____

Home Phone _____    Cell ( )_____    Work Phone _____

**Emergency Contact** _____

Relationship _____    Last _____    First _____    Middle _____
Address _____

Home Phone _____    Cell _____    Work Phone _____

To whom may the student be released? _mom  or  Dad._

Please answer the following questions:
1) Are you the student's natural parent?    YES __X__   NO _____
If no, what is the relationship to the student? _____

2) Is the student court-ordered into any of the following?
Guardianship (1302) _____    Foster Care (1305) _____    Group Home (1306) _____
Long-Term Care _____    Independent Living _____    Emergency Shelter Care _____

> If the student is under court-order, provide the following information from the court-order.  Letter from placing agency should be provided if available.

a) Who has custody? _____

Court order attached for dependency/Guardianship (not required except in cases of divorce/separation arrangements)    YES _____   NO _____

b) Who has guardianship? _____

c) Who has educational rights? _____

3) Is the guardian receiving payment for providing home for child?    YES _____   NO __X__

4) Is the student in non-court ordered emergency shelter care?    YES _____   NO __X__

5) Is the student in an informal foster care setting?    YES _____   NO __X__
    If yes, name the guardian: _____
    Affidavit on file:    YES _____   NO __X__

**STUDENT'S INFORMATION**

List all persons residing in the same household as the student registering (Brothers, Sisters)

| Name | Birthdate |
|---|---|
| H    l | |
| C    l | |
| S    R | |
| | |
| | |
| | |
| | |
| | |
| | |

List all other individuals residing in your household (grandparents, aunts, uncles, friends, etc.)

| Name | Birthdate |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

EDUCATIONAL INFORMATION - To Be completed by Parent

1) What is the current educational placement grade for the student? _____7_____
   Please provide copy of report card from most recent educational placement
   Copy Attached: YES_____   NO___X___

2) Is the student identified as a student with special needs and being served with and Individualized Education
   Plan? YES____X____   NO_____

3) Date of most recent IEP   _____   Copy Attached:   YES_____ NO _____

4) Beginning with the most recent, list in order *all* previous schools that the student has attended:

| Name of School District | Name of School | Approximate Date |
|---|---|---|
| Freeland Elem |  | K — 7th |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5) Has the student previously attended school in WASD?        YES _____ NO __X__

   If yes, list grade(s) _____

**PARENT/GUARDIAN IDENTIFICATION AND PRESIDENCY VERIFICATION**

Identification **must** be presented at time of registration. Parents must provide driver's license, PA ID card, or Automobile Registration indicating district residence.  Guardian must provide copy of legal guardianship with educational rights.  If guardian does not have legal custody, the parent must be present to sign with identification.

Type of Identification: _____ Copy attached (Check One): YES _____   NO _____

The purpose of this request is to assure that the educational resources of the Weatherly Area School District are properly and legally allocated.  Falsification of any information or document required for residence verification or the use of the address of another person may result in revocation of student enrollment.  **In addition to the above, at least one of the following document(s) must be presented:**

| | |
|---|---|
| deed, mortgage, lease agreement or moving permit | ✓ |
| utility bills (does not include cell phone bill) | |
| check stubs from wages, public assistance or social security | |
| payment or liability of payment of municipal and school district taxes | |
| Any other relevant documents asked for by administration | |

Signature of Parent/Guardian   *C.           R.*   _____

Signature of Agency Representative _____

Signature of Student _____
(18 years or older/Emancipated)

Signature of Building Principal *Andrea Lawick* Date *5/16/2012*

**WEATHERLY AREA SCHOOL DISTRICT**
**602 SIXTH STREET**
**WEATHERLY, PENNSYLVANIA  18255**

<u>PARENTAL REGISTRATION STATEMENT</u>

Student Name _____ S.      R. _____

Date of Birth __5-24-99_____  Grade __7th___

Parent or Guardian Name __C.         R._____

Address __320 Yeakle St Weatherly PA_____

Telephone Number _____

Pennsylvania School Code Section 13-1304-A states in part "Prior to admission to any school entity, the parent, guardian or other person having control or charge of a student shall, upon registration, provide a sworn statement or affirmation stating whether the pupil was previously suspended or expelled from any public or private school of this commonwealth or any other state for an act of offense involving weapons, alcohol or drugs, or for the wilful infliction of injury to another person or for any act of violence committed on school property.

Please complete the following:

I hereby swear or affirm that my child   was _____ was not _X_ previously suspended or expelled from any public or private school of this Commonwealth or any other state for an act or offense involving Weapons, alcohol or drugs, or for the wilful infliction of injury to another person or for any act of violence committed on school property.* I make this statement subject to the penalties of 24 P.S. Section 13-1304-A(b) and 18 Pa. C.S.A. Section 4904, relating to unsworn falsification to authorities, and the facts contained herein are true and correct to the best of my knowledge, information and belief.


_____C.        R._____
(Signature of Parent or Guardian)

_____5-16-12_____
(Date)


* Name of the school from which student was suspended or expelled; reason for suspension/expulsion; and dates of suspension or expulsion. (optional)

_____

Any wilful false statement made above shall be a misdemeanor of the third degree.  This form shall be maintained as part of the student's disciplinary record.

# LEASE AGREEMENT

THIS LEASE AGREEMENT (hereinafter referred to as the "Agreement") made and entered into this 15 day of __ May __, 2012_, by and between __, _____, whose address is _501 E. School St. Woonsocket, RI 02895_____ (hereinafter referred to as "Lessor") and _Hi R:___ _____ (hereinafter referred to as "Lessee")

## WITNESSETH:

WHEREAS, Lessor is the fee owner of certain real property being, lying and situate in Carbon County, Pennsylvania, such real property is having a street address of _320 Yeakle St, Weatherly, PA, 18301____.

WHEREAS, Lessor is desirous of leasing the Premises to Lessee upon the terms and conditions as contained herein; and

WHEREAS, Lessee is desirous of leasing the Premises from Lessor on the terms and conditions as contained herein;

NOW, THEREFORE, for and in consideration of the sum of TEN DOLLARS ($10.00), the covenants and obligations contained herein and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto hereby agree as follows:

1. TERM. Lessor leases to Lessee and Lessee leases from Lessor the above described Premises together with any and all appurtenances thereto, for a term of Two year(s), such term beginning on _05/15/2012_, and ending at 12 o'clock midnight on _05/14/2014_.

2. RENT. The total rent for the term hereof is the sum of N/A DOLLARS ($__N/A__). In lieu of rent the Lessee agrees upon taking care of the property (minor repairs and taking care of the lawn, cutting the grass, snow removal). The home owner will provide or reimburse for materials if and when necessary, upon documentation with receipts. These repairs shall be made to Lessor at the address as set forth in the preamble to this Agreement on or before the due date and without demand.

3. DAMAGE DEPOSIT. Upon the due execution of this Agreement, Lessee shall deposit with Lessor the sum of __N/A__ DOLLARS ($_0_) receipt of which is hereby acknowledged by Lessor, as security for any damage caused to the Premises during the term hereof. Such deposit shall be returned to Lessee, without interest, and less any set off for damages to the Premises upon the termination of this Agreement.

4. USE OF PREMISES. The Premises shall be used and occupied by Lessee and Lessee's immediate family, exclusively, as a private single family dwelling, and no part of the Premises shall be used at any time during the term of this Agreement by Lessee for the purpose of carrying on any business, profession, or trade of any kind, or for any purpose other than as a private single family dwelling. Lessee shall not allow any other person, other than Lessee's immediate family or transient relatives and friends who are guests of Lessee, to use or occupy the Premises without first obtaining Lessor's written consent to such use. Lessee shall comply with any and all laws, ordinances, rules and orders of any and all governmental or quasi-governmental authorities affecting the cleanliness, use, occupancy and preservation of the Premises.

5. CONDITION OF PREMISES. Lessee stipulates, represents and warrants that Lessee has examined the Premises, and that they are at the time of this Lease and agrees to rent it in the as is condition.

6. ASSIGNMENT AND SUB-LETTING. Lessee shall not assign this Agreement, or sub-let or grant any license to use the Premises or any part thereof without the prior written consent of Lessor. A consent by Lessor to one such assignment, sub-letting or license shall not be deemed to be a consent to any subsequent assignment, sub-letting or license. An assignment, sub-letting or license without the prior written consent of Lessor or an

-1-

Exhibit B

assignment or sub-letting by operation of law shall be absolutely null and void and shall, at Lessor's option, terminate this Agreement.

7. ALTERATIONS AND IMPROVEMENTS. Lessee shall not make the repairs or improvements on the Premises or construct any building or make any other improvements on the Premises without the prior consent of Lessor. Any and all alterations, changes, and/or improvements built, constructed or placed on the Premises by Lessee shall, be and become the property of Lessor and remain on the Premises at the expiration or earlier termination of this Agreement.

8 TERMINATION OF THE AGREEMENT. In the event Lessor OR Lessee want to terminate the agreement a thirty (30) days notice must be provided. At that time both parties can void this contract.

9 HAZARDOUS MATERIALS. Lessee shall not keep on the Premises any item of a dangerous, flammable or explosive character that might unreasonably increase the danger of fire or explosion on the Premises or that might be considered hazardous or extra hazardous by any responsible insurance company.

10 UTILITIES. Lessor shall be responsible for arranging for and paying for all utility services required on the Premises, materials, and taxes for the property.

11 MAINTENANCE AND REPAIR; RULES. Lessee will keep and maintain the Premises and appurtenances in and repair during the term of this Agreement and any renewal thereof. Lessee will not hold the Lessor responsible for any accidents which may occur at the time of repairs. Lessee will be responsible to carry Liability insurance.

12 SUBORDINATION OF LEASE. This Agreement and Lessee's interest hereunder are and shall be subordinate, junior and inferior to any and all mortgages, liens or encumbrances now or hereafter placed on the Premises by Lessor. all advances made under any such mortgages, liens or encumbrances (including, but not limited to, future advances), the interest payable on such mortgages, liens or encumbrances and any and all renewals, extensions or modifications of such mortgages, liens or encumbrances.

13 DEFAULT. If Lessee fails to comply with any of the material provisions of this Agreement, other than the covenant to pay rent, or of any present rules and regulations or any that may be hereafter prescribed by Lessor, or materially fails to comply with any duties imposed on Lessee by statute, within thirty (30) days after delivery of written notice by Lessor specifying the non-compliance and indicating the intention of Lessor to terminate the Lease by reason thereof, Lessor may terminate this Agreement.

14 ABANDONMENT. If at any time during the term of this Agreement Lessee abandons the Premises or any part thereof, Lessor may, at Lessor's option, obtain possession of the Premises in the manner provided by law, and without becoming liable to Lessee for damages or for any payment of any kind whatever.

15. ATTORNEYS' FEES. Should it become necessary for Lessor to employ an attorney to enforce any of the conditions or covenants hereof, including the collection of rentals or gaining possession of the Premises, Lessee agrees to pay all expenses so incurred, including a reasonable attorneys' fee.

16 RECORDING OF AGREEMENT Lessee shall not record this Agreement on the Public Records of any public office In the event that Lessee shall record this Agreement, this Agreement shall, at Lessor's option, terminate immediately and Lessor shall be entitled to all rights and remedies that it has at law or in equity

17 GOVERNING LAW. This Agreement shall be governed, construed and interpreted by, through and under the Laws of the State of Pennsylvania.

18 SEVERABILITY. If any provision of this Agreement or the application thereof shall, for any reason and to any extent, be invalid or unenforceable, neither the remainder of this Agreement nor the application of the provision to other persons, entities or circumstances shall be affected thereby, but instead shall be enforced to the maximum extent permitted by law.

19. BINDING EFFECT. The covenants, obligations and conditions herein contained shall be binding on and inure to the benefit of the heirs, legal representatives, and assigns of the parties hereto.

20. MODIFICATION. The parties hereby agree that this document contains the entire agreement between the parties and this Agreement shall not be modified, changed, altered or amended in any way except through a written amendment signed by all of the parties hereto.

IN WITNESS WHEREOF, the parties have caused these presents to be duly executed:

As to Lessor this 15 day of May, 2012.

Witnesses: "Lessor"

As to Lessee this 15 day of May, 2012

Witnesses: "Lessee"

-3-

# WEATHERLY AREA ELEMENTARY SCHOOL

**Thomas McLaughlin**
*Superintendent*



**Home of the Wreckers**

**Sandra Slavick**
*Elementary School Principal*

**July 5, 2012**

Dear Mr. and Mrs. R

On May 22 of 2012, you registered your          S    R          under the guise that      : was
soon to reside in Weatherly Area School District. The story that was shared with the office was
that your family was fixing up the house at 320 Yeakle Street, Weatherly, PA 18255. The
Weatherly Area School District needs more proof that you are indeed residing at this address.
This proof must be provided by August 1, 2012 if S    wishes to continue to attend Weatherly
Elementary/Middle School.

Respectfully,

*Sandra Slavick*

Sandra B. Slavick

*File copy*

Elementary School Office: 570-427-8687
Elementary School Fax: 570-427-8918

*Exhibit C*

# Weatherly Area School District

**Thomas W. McLaughlin**
*Superintendent*

**David J. Marsiglio, CPA**
*Business Manager/Secretary, Bd. of Education*

December 11, 2012

Mr. & Mrs. H     R

Dear Mr. & Mrs. R

On December 11, 2012, I spoke to you by telephone regarding the residency of your S   . You stated in our conversation that you are residing at the above address.

In order for your         to attend the Weatherly Area School District,     must reside within the district boundaries. Your current address is outside the district boundaries and your     should be attending the Hazleton Area School District.

You will need to withdraw S   from our district by December 21, 2012. After this date,    will no longer be considered a Weatherly Area School District student. Once     is enrolled in the Hazleton Area School District, we will forward all of     records.

Sincerely,

*Thomas M°Laughlin*

Thomas W. McLaughlin
Superintendent

TWM;tmb

602 Sixth Street
Weatherly, PA  18255

Administrative Office Phone: 570-427-8681
Administrative Fax:  570-427-8918

Exhibit D

# Weatherly Area School District

**Thomas W. McLaughlin**
*Superintendent*

**David J. Marsiglio, CPA**
*Business Manager/Secretary, Bd. of Education*

January 3, 2013

Mr. & Mrs. H          R

Dear Mr.  & Mrs. R

On January 2, 2013, I left a message on your voice mail regarding the residency of your
S   . I advised you that S   needed to enroll in   district of residence.

Your current address is outside the district boundaries and your                 should be attending
the Hazleton Area School District.

As of today, January 3, 2013   , is no longer a student in the Weatherly Area School District and
will not be permitted to attend classes here. Once      is enrolled in the Hazleton Area School District,
we will forward all of    records.

Sincerely,

Thomas W. McLaughlin
Superintendent

TWM;tmb



602 Sixth Street
Weatherly, PA  18255

Office Phone: 570-427-8681
Administrative Fax: 570-427-8918

Exhibit E

# Weatherly Area School District
## REGISTRATION FORM (Please Print)

Copy to: ___ Child Accounting
___ Guidance Counselor
___ Nurse
___ Transportation
___ Special Ed (if appl.)

**FOR OFFICE USE ONLY:**

| Building | | Grade | | Homeroom | |
|---|---|---|---|---|---|
| Entry Date | | Day # | | Entry Code | |
| Student ID | | | | Out of District Placement | |
| PASecureID | | | | Homeless | |

| Bus # | | Stop # | | Run# | | Pick Up Time | |
|---|---|---|---|---|---|---|---|

| Birthdate Verification: | BC | Bapt. | Hosp. Registration | Verified by: |
|---|---|---|---|---|

Date Completed  _1-7-13_

Student Name  _R_  Last  _S_  First  Middle

Student Date of Birth _____

Student Address  _320 yuackel St Weatherly PA_

Mailing Address (if different) _____

Home Phone ( ___ )  _____  Cell ( ___ ) _____

Student Resides With  _C,   & H_  Relationship  _parents_

Please provide the following for federal and state reporting regulations:

1) City of Birth  _Kingston PA_       2) State of Birth  _PA_
3) Country of Birth  _USA_            4) SS Number _____
5) Grade 9 Entry Date  _2014_         6) US Entry Date _____
7) Date First attend K-12 in PA  _2004_   8) Date First attend K-12 in WASD _____
9) ELL _____

Sex (Check One): Male ___  Female ___

For state and federal reporting requirements, use the following definitions:

Select Primary Ethnicity (Choose One):  ☐ Hispanic/Latino (any race)
                                        ☒ Non-Hispanic/Latino (any race)

Race (Choose one or more, regardless of ethnicity): ☐ Amer Ind/Alaska Native  ☐ Asian  ☐ Pacific Islander  ☒ Caucasian/White  ☐ Black/African American

WASD Registration 03/14/2012                                Page 1 of 5

Exhibit F

## PARENT EMERGENCY INFORMATION

**Father** _R_

Last _____   First _H_ _____   Middle _____

Address _320  Yeakel  St_

Home Phone _____   Cell _____   Work Phone _____

**Mother** _R_

Last _____   First _C_ _____   Middle _____   Maiden _____

Address _320  Yeakel  St_

Home Phone _____   Cell _____   Work Phone _____

**Emergency Contact** _____

Last _____   First _____   Middle _____

Relationship _____

Address _____

Home Phone _____   Cell _____   Work Phone _____

To whom may the student be released? _H_ , _C_ _____

Please answer the following questions:
1) Are you the student's natural parent?      YES _X_  NO _____
If no, what is the relationship to the student? _____

2) Is the student court-ordered into any of the following?
Guardianship (1302) _____   Foster Care (1305) _____   Group Home (1306) _____
Long-Term Care _____   Independent Living _____   Emergency Shelter Care _____

| If the student is under court-order, provide the following information from the court-order.  Letter from placing agency should be provided if available. |
|---|

a) Who has custody? _____

Court order attached for dependency/Guardianship (not required except in
cases of divorce/separation arrangements)                    YES _____   NO _____

b) Who has guardianship? _____

c) Who has educational rights? _____

3) Is the guardian receiving payment for providing home for child?      YES _____   NO _____

4) Is the student in non-court ordered emergency shelter care?      YES _____   NO _____

5) Is the student in an informal foster care setting?      YES _____   NO _____
    If yes, name the guardian: _____
    Affidavit on file:                    YES _____   NO _____

## CENSUS INFORMATION

List all persons residing in the same household as the student registering (Brothers, Sisters)

| Name | Birthdate |
|------|-----------|
| A       R | |
| C       Ri | |
| S       R | |
| | |
| | |
| | |
| | |
| | |

List all other individuals residing in your household (grandparents, aunts, uncles, friends, etc.)

| Name | Birthdate |
|------|-----------|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

1) What is the current educational placement grade for the student? _____ 8th_____
   Please provide copy of report card from most recent educational placement
   Copy Attached: YES_____ NO_____

2) Is the student identified as a student with special needs and being served with and Individualized Education
   Plan? YES_____ NO_____

3) Date of most recent IEP _____     Copy Attached:   YES_____ NO _____

4) Beginning with the most recent, list in order **all** previous schools that the student has attended:

| Name of School District | Name of School | Approximate Date |
|---|---|---|
| Freeland Elm | Hazleton | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5) Has the student previously attended school in WASD?          YES _____ NO _X_

   If yes, list grade(s) _____

## PARENT/GUARDIAN IDENTIFICATION AND RESIDENCY VERIFICATION

Identification **must** be presented at time of registration. Parents must provide driver's license, PA ID card, or Automobile Registration indicating district residence.  Guardian must provide copy of legal guardianship with educational rights.  If guardian does not have legal custody, the parent must be present to sign with identification.

Type of Identification: _____ Copy attached (Check One): YES ___X___ NO _____

The purpose of this request is to assure that the educational resources of the Weatherly Area School District are properly and legally allocated.  Falsification of any information or document required for residence verification or the use of the address of another person may result in revocation of student enrollment.  **In addition to the above, at least one of the following document(s) must be presented:**

| | |
|---|---|
| deed, mortgage, lease agreement or moving permit | X |
| utility bills (does not include cell phone bill) | |
| check stubs from wages, public assistance or social security | |
| payment or liability of payment of municipal and school district taxes | |
| Any other relevant documents asked for by administration | |

Signature of Parent/Guardian _____C_____R_____        _____

Signature of Agency Representative _____        _____

Signature of Student _____
(18 years or older/Emancipated)

Signature of Building Principal_____Date_____

[X] COMMONWEALTH OF PENNSYLVANIA
DRIVER'S LICENSE UPDATE

SEX    HEIGHT    EYES    SOCIAL SECURITY NUMBER
M    6 00    BRO    *** ** ****

DRIVER I.D. NUMBER    BIRTH DATE    DUPS.

EXPIRATION DATE    CLASSES    ENDORSEMENTS
02 19 15    C

ISSUE DATE    COMMERCIAL / MEDICAL RESTRICTIONS
010813    */*

H                R
320 YEAKLE ST
WEATHERLY        PA 18255

000000
13008-7928-17296-8-002

[X] COMMONWEALTH OF PENNSYLVANIA
DRIVER'S LICENSE UPDATE

SEX    HEIGHT    EYES    SOCIAL SECURITY NUMBER
F    5 06    BRO    *** ** ****

DRIVER I.D. NUMBER    BIRTH DATE    DUPS.

EXPIRATION DATE    CLASSES    ENDORSEMENTS
07 06 13    C

ISSUE DATE    COMMERCIAL / MEDICAL RESTRICTIONS
010813    */*

C                R
320 YEAKLE ST
WEATHERLY        PA 18255

000000
13008-7928-17295-6-002

Exhibit 6

## HOME LANGUAGE SURVEY*

The Office of Civil Rights (OCR) requires that school districts/charter schools/full day AVTS identify limited English proficient (LEP) students in order to provide appropriate language instructional programs for them. Pennsylvania has selected the Home Language Survey as the method for the identification.

**School District:**
**School:**                                                    **Date:**

**Student's Name:**                                          **Grade:**

1. What is/was the student's first language?  _english_

2. Does the student speak a language(s) other than English?
   (Do not include languages learned in school.)

   ☐ Yes  ☒ No

   If yes, specify the language(s): _____

3. What language(s) is/are spoken in your home?  _english_

4. Has the student attended any United States school in any 3 years during his/her lifetime?

   ☒ Yes  ☐ No

   If yes, complete the following:

| Name of School | State | Dates Attended |
|---|---|---|
| Freeland Elm | PA | 95 - Now |
| | | |
| | | |

**Person completing this form (if other than parent/guardian):**

**Parent/Guardian signature:**

*The school district/charter school/full day AVTS has the responsibility under the federal law to serve students who are limited English proficient and need English instructional services. Given this responsibility, the school district/charter school/full day AVTS has the right to ask for the information it needs to identify English Language Learners (ELLs). As part of the responsibility to locate and identify ELLs, the school district/charter school/full day AVTS may conduct screenings or ask for related information about students who are already enrolled in the school as well as from students who enroll in the school district/charter school/full day AVTS in the future.

WEATHERLY AREA SCHOOL DISTRICT
602 SIXTH STREET
WEATHERLY, PENNSYLVANIA   18255

PARENTAL REGISTRATION STATEMENT

Student Name  S          R.

Date of Birth _____   Grade   8

Parent or Guardian Name   C          R

Address  320  yeakel  St  weatherly

Telephone Number _____

Pennsylvania School Code Section 13-1304-A states in part "Prior to admission to any school entity, the parent, guardian or other person having control or charge of a student shall, upon registration, provide a sworn statement or affirmation stating whether the pupil was previously suspended or expelled from any public or private school of this commonwealth or any other state for an act of offense involving weapons, alcohol or drugs, or for the wilful infliction of injury to another person or for any act of violence committed on school property.

Please complete the following:

I hereby swear or affirm that my child    was _____    was not _____ previously suspended or expelled from any public or private school of this Commonwealth or any other state for an act or offense involving Weapons, alcohol or drugs, or for the wilful infliction of injury to another person or for any act of violence committed on school property.* I make this statement subject to the penalties of 24 P.S. Section 13-1304-A(b) and 18 Pa. C.S.A.  Section 4904, relating to unsworn falsification to authorities, and the facts contained herein are true and correct to the best of my knowledge, information and belief.


C          R

(Signature of Parent or Gu...

1-7-13
(Date)


* Name of the school from which student was suspended or expelled; reason for suspension/expulsion; and dates of suspension or expulsion. (optional)


Any wilful false statement made above shall be a misdemeanor of the third degree.  This form shall be maintained as part of the student's disciplinary record.

# Weatherly Area School District

**Thomas W. McLaughlin**
*Superintendent*

**David J. Marsiglio, CPA**
*Business Manager/Secretary, Bd. of Education*

February 26, 2013

Mr. & Mrs. H      R

Dear Mr. & Mrs. R

On February 12, 2013, the Weatherly Area School District sent a letter to the Yeakle Street address where you claim to be residing. That letter was returned to our district on February 15, 2013 with a notice that the house is vacant.

Your current address is outside the district boundaries and your           should be attending the Hazleton Area School District.

As of today, February 26, 2013       is no longer a student in the Weatherly Area School District and will not be permitted to attend classes here. Once      is enrolled in the Hazleton Area School District, we will forward all of      records.

Sincerely,

Thomas W. McLaughlin
Superintendent

TWM;tmb

602 Sixth Street
Weatherly, PA 18255

Administrative Office Phone: 570-427-8681
Administrative Fax: 570-427-8918

Exhibit H

# *Weatherly Area School District*

**Thomas W. McLaughlin**
*Superintendent*

**David J. Marsiglio, CPA**
*Business Manager/Secretary, Bd. of Education*

March 28, 2013

Mr. & Mrs. H    R
320 Yeakle St.
Weatherly, Pa. 18255

Dear Mr. & Mrs. R

On February 26, 2013, you received notice that your          S    was no longer a student in the Weatherly Area School District.

If this information has changed and you are now living at the above address, you will need to register your       into our district.

Registration takes place in our high school building.  Our high school secretary will need all of the required registration paperwork.  The high school number is 570-427-8521.

Sincerely,

Thomas McLaughlin
Superintendent

602 Sixth Street
Weatherly, PA  18255

Administrative Office Phone: 570-427-8681
Administrative Fax:  570-427-8918

Exhibit I

<u>AFFIDAVIT OF H_____ R____</u>

COMMONWEALTH OF PENNSYLVANIA    :

                                :

COUNTY OF ~~CARBON~~ *LUZERNE*    :

I, H___ R___    being duly sworn, hereby state as follows:

1.    I am currently living at 320 Yeakle Street in the Borough of Weatherly, Pennsylvania.

2.    I reside there with my       S_ R___    .D.O.B.

3.    I have previously provided supplemental proof of my residency in the form of *Lease agreement for 320 Yeakle St* *Drivers License* *S___ Birth Cert and immunisation Records*

4.    I attest under penalty of perjury that my child and I currently live at this address on a full-time basis and that we intend to retain residency at this address in the Weatherly Area School District throughout this school year and for the foreseeable future.

H_    R___

Sworn to and subscribed

before me this *2* day

of *APRIL*    , 2013.

_Betty ann Marchett_

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BETTY ANN MARCHETTI, Notary Public
City of HAZLETON, Luzerne County
My Commission Expires October 15, 2016

*Exhibit J*

# Weatherly Area School District
## REGISTRATION FORM (Please Print)

Copy to: _____ Child Accounting
_____ Guidance Counselor
_____ Nurse
_____ Transportation
_____ Special Ed (if appl.)

**FOR OFFICE USE ONLY:**

| Building | Middle School | Grade | B | Homeroom | 8-C   8-1 Jean |
| Entry Date | 4/8/13 | Day # | 138 | Entry Code | RA |
| Student ID | 3754 | | | Out of District Placement | |
| PASecureID | 5940515715 | | | Homeless | |

| Bus # 9-2 AM 2:2 PM | Stop # | Run# | Pick Up Time |

| Birthdate Verification: | BC | Bapt. | Hosp. Registration | Verified by: |

Date Completed _4 - 2 - 13_

Student Name __R._____S_____
                    Last              First              Middle

Student Date of Birth _____

Student Address _320 Yeakle St Weatherly_

Mailing Address (if different) _____

Home Phone _____ Cell ( ___ ) _____

Student Resides With _Parents____ Relationship _____

Please provide the following for federal and state reporting regulations:

1) City of Birth _Kingston PA_      2) State of Birth _PA_

3) Country of Birth _Luzerne_       4) SS Number _____

5) Grade 9 Entry Date _2014_        6) US Entry Date _____

7) Date First attend K-12 in PA _____   8) Date First attend K-12 in WASD _____

9) ELL _____

Sex (Check One): Male _____   Female _____

For state and federal reporting requirements, use the following definitions:

Select Primary Ethnicity (Choose One): ☐ Hispanic/Latino (any race)
☐ Non-Hispanic/Latino (any race)

Race (Choose one or more, regardless of ethnicity): ☐ Amer Ind/Alaska Native   ☐ Asian   ☐ Pacific Islander
☒ Caucasian/White   ☐ Black/African American

WASD Registration 03/14/2012                                    Page 1 of 5

Exhibit K

## PARENT/EMERGENCY INFORMATION

Father __R_____ H._____
.......Last.......................First........................................Middle

Address __320  yeakel  st_____

Home Phone _____ Il _____  Work Phone _____

Mother __R_____ C._____
.......Last................First.......................Middle.............Maiden

Address _____

Home Phone _____  Cell _____  Work Phone _____

Emergency Contact _____
..............Last........................First........................Middle

Relationship _____

Address _____

Home Phone _____  Cell _____  Work Phone _____

To whom may the student be released? __No  one_____

Please answer the following questions:
1) Are you the student's natural parent?   YES __X__ NO _____
If no, what is the relationship to the student? _____

2) Is the student court-ordered into any of the following?
Guardianship (1302) _____  Foster Care (1305) _____  Group Home (1306) _____
Long-Term Care _____  Independent Living _____  Emergency Shelter Care _____

| If the student is under court-order, provide the following information from the court-order.  Letter from placing agency should be provided if available. |
|---|

a) Who has custody? _____

Court order attached for dependency/Guardianship (not required except in   YES _____ NO _____
cases of divorce/separation arrangements)

b) Who has guardianship? _____

c) Who has educational rights? _____

3) Is the guardian receiving payment for providing home for child?   YES _____ NO _____

4) Is the student in non-court ordered emergency shelter care?   YES _____ NO _____

5) Is the student in an informal foster care setting?   YES _____ NO _____
.......If yes, name the guardian: _____
.......Affidavit on file:   YES _____ NO _____

WASD Registration 03/14/2012                                                          Page 2 of 5

**CENSUS INFORMATION**

List all persons residing in the same household as the student registering (Brothers, Sisters)

| Name | Birthdate |
|------|-----------|
| *H* | |
| *C* | |
| *S* | |
| | |
| | |
| | |
| | |
| | |
| | |

List all other individuals residing in your household (grandparents, aunts, uncles, friends, etc.)

| Name | Birthdate |
|------|-----------|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

WASD Registration 03/14/2012

**EDUCATIONAL INFORMATION: To be completed by Parent**

1) What is the current educational placement grade for the student? ___8th___
   Please provide copy of report card from most recent educational placement
   Copy Attached: YES_____   NO_____

2) Is the student identified as a student with special needs and being served with and Individualized Education
   Plan? YES __X__   NO_____

3) Date of most recent IEP _____   Copy Attached:   YES_____ NO_____

4) Beginning with the most recent, list in order **all** previous schools that the student has attended:

| Name of School District | Name of School | Approximate Date |
|---|---|---|
| Freeland elm | Hazleton | 2006 — 2012 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5) Has the student previously attended school in WASD?   YES __X__ NO _____

   If yes, list grade(s) ___8th___

**PARENT/GUARDIAN IDENTIFICATION AND RESIDENCY VERIFICATION**

Identification **must** be presented at time of registration. Parents must provide driver's license, PA ID card, or Automobile Registration indicating district residence. Guardian must provide copy of legal guardianship with educational rights. If guardian does not have legal custody, the parent must be present to sign with identification.

Type of Identification: _____ Copy attached (Check One): YES _____ NO _____

The purpose of this request is to assure that the educational resources of the Weatherly Area School District are properly and legally allocated. Falsification of any information or document required for residence verification or the use of the address of another person may result in revocation of student enrollment. **In addition to the above, at least one of the following document(s) must be presented:**

| | |
|---|---|
| deed, mortgage, lease agreement or moving permit | |
| utility bills (does not include cell phone bill) | |
| check stubs from wages, public assistance or social security | |
| payment or liability of payment of municipal and school district taxes | |
| Any other relevant documents asked for by administration | |

Signature of Parent/Guardian ___ C.  R. _____

Signature of Agency Representative _____

Signature of Student _____
(18 years or older/Emancipated)

Signature of Building Principal _Sandra Slavica_ Date _4/3/20_
4/3/12

✱ As per Mr. McLaughlin on 4/2/13, parent needed to complete registration document, as all other documents are on file. Leona Kelly